B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Western District of Washington | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Recovery Centers Of King County** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **91-0908132** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**464 12th Ave**<br>**Seattle, WA**<br><br>ZIPCODE **98122** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**King** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**464 12th Ave, Seattle, WA**

ZIPCODE **98122**

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- [x] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

<table>
<tr><td><strong>Voluntary Petition</strong><br><em>(This page must be completed and filed in every case)</em></td><td>Name of Debtor(s):<br><strong>Recovery Centers Of King County</strong></td></tr>
</table>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><strong>Exhibit A</strong><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><strong>Exhibit B</strong><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br><span style="font-size:smaller">Signature of Attorney for Debtor(s)          Date</span></td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

<table>
<tr><td>

**Voluntary Petition**
*(This page must be completed and filed in every case)*
</td><td>

Name of Debtor(s):
**Recovery Centers Of King County**
</td></tr>
</table>

## Signatures

<table>
<tr><td>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date
</td><td>

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date
</td></tr>
<tr><td>

### Signature of Attorney*

X */s/ Jeffrey B. Wells*
Signature of Attorney for Debtor(s)

**Jeffrey B. Wells 6317**
**Jeffrey B. Wells**
**500 Union Street, Ste 502**
**Seattle, WA  98101-2320**
**(206) 624-0088  Fax: (206) 624-0086**
**paralegal@wellsandjarvis.com**

**April 17, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.
</td><td rowspan="2">

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*
</td></tr>
<tr><td>

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ James Nickerson*
Signature of Authorized Individual

**James Nickerson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 17, 2015**
Date
</td></tr>
</table>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Washington

**IN RE:**

Case No. _____

Recovery Centers Of King County

Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **501 C Agencies Trust**<br>**10080 N Wolfe Road SW 3 Suite 250**<br>**Cupertino, CA  95014** | | | | 25,000.00 |
| **Pioneer Human Services**<br>**PO Box 18377**<br>**Seattle, WA  98118-0377** | | | | 22,579.82 |
| **Group Health Cooperative**<br>**PO Box 35004**<br>**Seattle, WA  98124** | | | | 19,000.00 |
| **ONCALL 24/7**<br>**Allegiant Business Finance**<br>**600 Universtiy St Ste 2328**<br>**Seattle, WA  98101** | | | | 15,135.50 |
| **Evergreen Manor**<br>**PO Box 12598**<br>**Everett, WA  98206** | | | | 15,000.00 |
| **ALSCO**<br>**6828 South 204th Street**<br>**Kent, WA  98032** | | | | 12,054.00 |
| **Clark Nuber PS**<br>**10900 NE 4th St, Ste 1700**<br>**Bellevue, WA  98004** | | | | 9,042.71 |
| **Sterling Reference Laboratories**<br>**PO Box 17103**<br>**Denver, CO  80217-0103** | | | | 8,592.70 |
| **Business Card**<br>**PO Box 15710**<br>**Wilmington, DE  19886-5710** | | | | 8,000.00 |
| **Jazmin Carter-Allen**<br>**10638 Renton Ave S**<br>**Seattle, WA  98178** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | 7,950.00 |
| **Ryan Parry**<br>**216 Ellingson Dr Apt C**<br>**Pacific, WA  98047** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | 7,552.50 |
| **City Of Seattle Utilities**<br>**Dept Of Finance**<br>**PO Box 34016**<br>**Seattle, WA  98124-1016** | | | | 7,500.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Karis Bjerke**<br>**208 1/2 E Meeker St Apt 2**<br>**Kent, WA  98032** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **6,459.37** |
| **Lisa Roger**<br>**1705 26th Ave**<br>**Seattle, WA  98122** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **6,282.15** |
| **Ameeca Akram**<br>**15122 SE 258 Street**<br>**Covington, WA  98042** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **6,161.25** |
| **Stephanie Reavis**<br>**26603 231st Pl SE**<br>**Maple Valley, WA  98038** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **5,947.50** |
| **Liana Martinez**<br>**952 SW Campus Dr #53-D1**<br>**Federal Way, WA  98023** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **5,752.50** |
| **Gregory Berry**<br>**2 SW 119t St #2**<br>**Seattle, WA  98146** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **5,460.00** |
| **Lighthouse Consulting**<br>**16234 42nd Ave S**<br>**Tukwila, WA  98188** | | **5,429.02** |
| **Marilyn Rusness**<br>**1206 Harvey Rd Apt #5**<br>**Auburn, WA  98002** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **5,100.00** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **April 17, 2015**                    Signature: ***/s/ James Nickerson***

**James Nickerson, President**

(Print Name and Title)

# United States Bankruptcy Court
## Western District of Washington

**IN RE:**                                              Case No. _____

**Recovery Centers Of King County** _____     Chapter **11** _____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 9,890,600.00 | | |
| B - Personal Property | Yes | 3 | $ 692,290.67 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 4,735,436.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 9 | | $ 129,277.78 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $ 206,136.17 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 27 | $ 10,582,890.67 | $ 5,070,849.95 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Recovery Centers Of King County
_____ Case No. _____
Debtor(s)                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1701 18th Ave So, Seattle, WA 98144** | **100%** | | **3,857,000.00** | **2,696,935.00** |
| **464 12th Ave, Seattle, WA 98122** | **100%** | | **4,100,000.00** | **1,441,896.00** |
| **505  Washington Ave So, Kent, WA 98032** | **100%** | | **1,933,600.00** | **592,052.00** |
| | | **TOTAL** | **9,890,600.00** | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Recovery Centers Of King County**                                    Case No. _____
_____
                        Debtor(s)                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account (payroll account) Key Bank**<br>**checking account Key Bank**<br>**Savings account Bank of America** | | 134,000.00<br>5,000.00<br>11,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Recovery Centers Of King County** _____  Case No. _____
  _Debtor(s)_                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Receivables - billing | | 82,000.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Vehicle Detox Astro Chev 1999 | | 20,730.07 |
| | | Vehicle Detox Hyundai 2008 | | 10,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | copy achine sharp Kent | | 57,960.00 |
| | | Copy machine sharp central | | 23,162.00 |
| | | Furniture and Fixtures: Administration Office Furniture Kent: Seattle Officer Furniture, Shelves and Office Furniture, side chairs, furniture, time clock, chairs, bed matress, bed matress | | 53,169.77 |
| | | Hardward Administration: Computers and equipment server, laptop | | 41,508.57 |
| | | HVAC Administration Central | | 17,563.81 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Recovery Centers Of King County**       Case No. _____

                      Debtor(s)                            (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | HVAC upgrade Kent | | 45,769.04 |
| | | Kent<br>Copy machine-Sharp | | 29,078.00 |
| | | Kent Furnishings:<br>Bookcase, Desk, Furniture, Picnic Table, 4 Drawer File Cabinet, Wooden Bookcase, Group Chairs, Office Chairs, 2 file Cabinets, 4 Drawer File Cabinet, Office Chairs, Desk/File Draer, Pictures, OakBookcase, 5 DrawerFile Cabinet, File Cabinet, Furniture Foster Office equipment | | 11,481.64 |
| | | Kent hardware:<br>donated coputer and monitor | | 1,800.00 |
| | | Kent location:<br>Laser Jet Printer, Refrigerator, New stove, Time Clock Plus, Video Security from Sobering, Milk Cooler, replaced broken fridge | | 10,737.21 |
| | | Kent: computer, 2 computer work stations, laser jet computer, laser jet printer, computer | | 13,954.58 |
| | | Kent: Time Clock Plus | | 1,511.92 |
| | | Other Fixed Assets<br>Fully depreciated items, 2 microwaves, 2 refrigerators, 2 washers and 2 dryers | | 4,635.32 |
| | | Outpatient: Time Clock Plus | | 4,987.98 |
| | | Phone system Central | | 10,264.04 |
| | | phone system Detox | | 14,454.86 |
| | | phone system kent | | 11,378.34 |
| | | Research laptop (4) | | 5,127.05 |
| | | Software administration - donated software<br>synergistic office Kent, Central | | 62,177.96 |
| | | Telephone cabling - main | | 8,338.51 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **692,290.67** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

IN RE **Recovery Centers Of King County** _____ Case No. _____
                                        Debtor(s)                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Recovery Centers Of King County
Debtor(s)

Case No. _____
(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bank of America<br>PO Box 45144<br>Jacksonville, FL 32232-9923** | | | **464 - 12th Ave S, Seattle, WA**<br><br><br>VALUE $ **4,100,000.00** | | | | **1,441,896.00** | |
| ACCOUNT NO. **00-0073110-1**<br><br>**Bank of America<br>PO Box 45144<br>FL9-100-04-24 Bldg 100 4th Floor<br>Jacksonville, FL 32232-9923** | | | **Deed of trust**<br><br><br>VALUE $ **3,857,000.00** | | | | **2,696,935.00** | |
| ACCOUNT NO.<br><br>**Bank of America<br>PO Box 45144<br>Jacksonville, FL 32232-9923** | | | **505 Washington Ave So, Kent**<br><br><br>VALUE $ **1,933,600.00** | | | | **592,052.00** | |
| ACCOUNT NO.<br><br>**Bank Of America<br>PO Box 45144<br>Jacksonville, FL 32232** | | | **secured on additional personal property**<br><br><br>VALUE $ | | | | **0.00** | |

_**1**_ continuation sheets attached

Subtotal
(Total of this page)
$ **4,730,883.00** | $

Total
(Use only on last page)
$ | $

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Recovery Centers Of King County**                                Case No. _____
                              Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CMS**<br>**815 West University Parkway**<br>**Orem, UT 84058** | | | **Two credit card machines**<br><br>VALUE $ | | | | **0.00** | |
| ACCOUNT NO.<br>**Guardian**<br>**PO Box 677458**<br>**Dallas, TX 75267-7458** | | | **Life Insurance**<br><br>VALUE $ | | | | **3,000.00** | **3,000.00** |
| ACCOUNT NO.<br>**Pitney Bowes**<br>**PO Box 371887**<br>**Pittsburgh, PA 15250-7887** | | | **Lease on three postage machines**<br><br>VALUE $ | | | | **0.00** | |
| ACCOUNT NO.<br>**Wells Fargo Financial Leasing**<br>**PO Box 6434**<br>**Carol Stream, IL 60197-6434** | | | **Lease on three copiers and three printers**<br><br>VALUE $ | | | | **1,553.00** | **1,553.00** |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **4,553.00**  $ **4,553.00**

Total (Use only on last page) $ **4,735,436.00**  $ **4,553.00**

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Recovery Centers Of King County** _____ Case No. _____
Debtor(s)           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **8** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Recovery Centers Of King County** _____ Case No. _____
                                   Debtor(s)                                            (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Alla Shkurina**<br>**30044 41st Ave S**<br>**Auburn, WA  98001** | | | **wages** | X | X | X | **441.00** | **441.00** | |
| ACCOUNT NO.<br>**Ameeca Akram**<br>**15122 SE 258 Street**<br>**Covington, WA  98042** | | | **wages** | X | X | X | **6,161.25** | **6,161.25** | |
| ACCOUNT NO.<br>**Antoinette Haezebrouck**<br>**5025 12th Ave NE**<br>**Seattle, WA  98105** | | | **wages** | X | X | X | **354.00** | **354.00** | |
| ACCOUNT NO.<br>**Ashley Thomas**<br>**1516 12th Ave S**<br>**Seattle, WA  98144** | | | **wages** | X | X | X | **576.00** | **576.00** | |
| ACCOUNT NO.<br>**Chelsea Melton**<br>**719 92st St**<br>**Seattle, WA  98103** | | | **wages** | X | X | X | **918.00** | **918.00** | |
| ACCOUNT NO.<br>**Cheri Davidson**<br>**33422 192nd Ave SE Apt#14**<br>**Auburn, WA  98092** | | | **wages** | X | X | X | **792.00** | **792.00** | |

Sheet no. _____**1**_____ of _____**8**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ **9,242.25** | $ **9,242.25** | $ |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Recovery Centers Of King County** _____   Case No. _____
Debtor(s)                                                         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Christopher E. Barquet<br>325 Lind Ave SW Apt #1<br>Renton, WA 98057** | | | **wages** | X | X | X | **161.28** | **161.28** | |
| ACCOUNT NO.<br>**Corrina Burris<br>3333 Gale Pl S Apt #12<br>Seattle, WA 98144** | | | **wages** | X | X | X | **2,340.00** | **2,340.00** | |
| ACCOUNT NO.<br>**Debra J. McDermott<br>13804 NE 85th St<br>Vancouver, WA 98682** | | | **wages** | X | X | X | **1,755.14** | **1,755.14** | |
| ACCOUNT NO.<br>**Dyjen Collins<br>14228 Se 286th Ct<br>Kent, WA 98042** | | | **wages** | X | X | X | **2,847.00** | **2,847.00** | |
| ACCOUNT NO.<br>**Erin N Harrop<br>7908 225th Pl SW<br>Edmonds, WA 98026** | | | **wages** | X | X | X | **354.00** | **354.00** | |
| ACCOUNT NO.<br>**Gregory Berry<br>2 SW 119t St #2<br>Seattle, WA 98146** | | | **wages** | X | X | X | **5,460.00** | **5,460.00** | |

Sheet no. **2** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $ **12,917.42**   $ **12,917.42**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)    $            $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Recovery Centers Of King County _____ Case No. _____
<span style="margin-left:4em">Debtor(s)</span> <span style="margin-left:30em">(If known)</span>

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

---

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jayla D. LaPlant**<br>**6412 49th Ave SW**<br>**Seattle, WA 98136** | | | **wages** | X | X | X | **3,840.00** | **3,840.00** | |
| ACCOUNT NO.<br>**Jazmin Carter-Allen**<br>**10638 Renton Ave S**<br>**Seattle, WA 98178** | | | **wages** | X | X | X | **7,950.00** | **7,950.00** | |
| ACCOUNT NO.<br>**Jeffry Steele**<br>**4624 N Hudson St**<br>**Tacoma, WA 98407** | | | **wages** | X | X | X | **3,022.50** | **3,022.50** | |
| ACCOUNT NO.<br>**John Michael P. Schmidt**<br>**10715 26th Ave SW**<br>**Seattle, WA 98146** | | | **wages** | X | X | X | **770.49** | **770.49** | |
| ACCOUNT NO.<br>**Karis Bjerke**<br>**208 1/2 E Meeker St Apt 2**<br>**Kent, WA 98032** | | | **wages** | X | X | X | **6,459.37** | **6,459.37** | |
| ACCOUNT NO.<br>**Kennith W. Fowler**<br>**153 S 160th Apt B36**<br>**Burien, WA 98148** | | | **wages** | X | X | X | **2,173.13** | **2,173.13** | |

Sheet no. **3** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

<span style="margin-left:20em">Subtotal</span>
<span style="margin-left:20em">(Totals of this page)</span> $ **24,215.49** $ **24,215.49** $

<span style="margin-left:20em">Total</span>
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

<span style="margin-left:20em">Total</span>
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Recovery Centers Of King County</u>                    Case No. _____
Debtor(s)                                                           (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kim Anh Tran**<br>**21507 42nd Ave S #J-3**<br>**SeaTac, WA  98198** | | | **wages** | X | X | X | 4,504.80 | 4,504.80 | |
| ACCOUNT NO.<br>**Liana Martinez**<br>**952 SW Campus Dr #53-D1**<br>**Federal Way, WA  98023** | | | **wages** | X | X | X | 5,752.50 | 5,752.50 | |
| ACCOUNT NO.<br>**Lindy Armand**<br>**6250 Terrace View Lane SE #D102**<br>**Auburn, WA  98092** | | | **wages** | X | X | X | 1,755.00 | 1,755.00 | |
| ACCOUNT NO.<br>**Lisa Roger**<br>**1705 26th Ave**<br>**Seattle, WA  98122** | | | **wages** | X | X | X | 6,282.15 | 6,282.15 | |
| ACCOUNT NO.<br>**Lisa Rogers**<br>**C/O Hanley Law Firm PLLC**<br>**1411 - 4th Ave Suite 1101**<br>**Seattle, WA  98101** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Loretta Spradlin**<br>**36829 5th Ave SW**<br>**Federal Way, WA  98023** | | | **wages** | X | X | X | 4,260.00 | 4,260.00 | |

Sheet no. ____**4**____ of ____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ **22,554.45**  $ **22,554.45**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $     $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Recovery Centers Of King County       Case No. _____

                        Debtor(s)                                       (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lynne Dee Barrett**<br>**1521 9th Ave W**<br>**Seattle, WA 98119** | | | **wages** | X | X | X | 3,130.55 | 3,130.55 | |
| ACCOUNT NO.<br>**Marilyn Rusness**<br>**1206 Harvey Rd Apt #5**<br>**Auburn, WA 98002** | | | **wages** | X | X | X | 5,100.00 | 5,100.00 | |
| ACCOUNT NO.<br>**Melissa Hill**<br>**718 SW Dashpoint Rd**<br>**Federal Way, WA 98023** | | | **wages** | X | X | X | 2,925.00 | 2,925.00 | |
| ACCOUNT NO.<br>**Nyika Williams**<br>**1619 S Lane St Unit B**<br>**Seattle, WA 98144** | | | **wages** | X | X | X | 3,060.00 | 3,060.00 | |
| ACCOUNT NO.<br>**Pamela J Densmore**<br>**1530 15rd Ave Apt 505**<br>**Seattle, WA 98122** | | | **wages** | X | X | X | 3,456.00 | 3,456.00 | |
| ACCOUNT NO.<br>**Phillip Funderburk**<br>**2712 Franklin Ave E #8**<br>**Seattle, WA 98102** | | | **wages** | X | X | X | 195.00 | 195.00 | |

Sheet no. **5** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal<br>(Totals of this page) | $ **17,866.55** | $ **17,866.55** | $ |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Recovery Centers Of King County      Case No. _____

Debtor(s)                  (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rachel J Pruett<br>1816 Boylston Ave #401<br>Seattle, WA 98112** | | | **wages** | X | X | X | 3,105.00 | 3,105.00 | |
| ACCOUNT NO.<br>**Roger Howell<br>6753 26th Ave NW<br>Seattle, WA 98117** | | | **wages** | X | X | X | 3,510.00 | 3,510.00 | |
| ACCOUNT NO.<br>**Ryan Parry<br>216 Ellingson Dr Apt C<br>Pacific, WA 98047** | | | **wages** | X | X | X | 7,552.50 | 7,552.50 | |
| ACCOUNT NO.<br>**Sharon L Peterson<br>10106 NE 185th St #204<br>Bothell, WA 98011** | | | **wages** | X | X | X | 4,080.00 | 4,080.00 | |
| ACCOUNT NO.<br>**Stacy J Evanger<br>821 SW 135th St<br>Burien, WA 98146** | | | **wages** | X | X | X | 780.00 | 780.00 | |
| ACCOUNT NO.<br>**Stephanie Reavis<br>26603 231st Pl SE<br>Maple Valley, WA 98038** | | | **wages** | X | X | X | 5,947.50 | 5,947.50 | |

Sheet no. **6** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 24,975.00 | $ 24,975.00    $ |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $      $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Recovery Centers Of King County** _____  Case No. _____
_____Debtor(s)_____        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Stephanie Shake**<br>**18231 118th Ave SE**<br>**Renton, WA  98058** | | | **wages** | X | X | X | **2,925.00** | **2,925.00** | |
| ACCOUNT NO.<br>**Susan Poznyansky**<br>**11005 Dayton Ave N**<br>**Seattle, WA  98133** | | | **wages** | X | X | X | **585.00** | **585.00** | |
| ACCOUNT NO.<br>**Susan Stoddard**<br>**PO Box 685**<br>**Kent, WA  98035** | | | **wages** | X | X | X | **3,975.01** | **3,975.01** | |
| ACCOUNT NO.<br>**Tanya Novotnak**<br>**3828 Baglen Ave N#1**<br>**Seattle, WA  98103** | | | **wages** | X | X | X | **25.50** | **25.50** | |
| ACCOUNT NO.<br>**Terri Galloway**<br>**30919 E Lake Morton Dr SE**<br>**Kent, WA  98042** | | | | X | X | X | **1,416.11** | **1,416.11** | |
| ACCOUNT NO.<br>**Yunhee Choi**<br>**5715 Orchard St W Apt #55**<br>**Tacoma, WA  98467** | | | **wages** | X | X | X | **2,340.00** | **2,340.00** | |

Sheet no. ___**7**___ of ___**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)      $ **11,266.62**  $ **11,266.62**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)      $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)      $      $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Recovery Centers Of King County                    Case No. _____
_____                (If known)
                    Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City Of Seattle**<br>**PO Box 34907**<br>**Seattle, WA  98124** | | | **B&O Taxes** | | | | **2,000.00** | **2,000.00** | |
| ACCOUNT NO.<br>**King County Treasury**<br>**500 4th Ave Room 600**<br>**Seattle, WA  98104** | | | | | | | **2,240.00** | **2,240.00** | |
| ACCOUNT NO.<br>**WA ST Dept Of Revenue**<br>**2101 4th Ave #1400**<br>**Seattle, WA  98121-2300** | | | | | | | **2,000.00** | **2,000.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __8__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)                              $ **6,240.00**   $ **6,240.00**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **129,277.78**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)                     $ **129,277.78**   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Recovery Centers Of King County** _____  Case No. _____
<span style="float:right">Debtor(s)</span>  <span style="float:right">(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**12th & Madison Self Storage**<br>**1111 E Madison St**<br>**Seattle, WA  98122** | | | | | | | 14.00 |
| ACCOUNT NO.<br><br>**501 C Agencies Trust**<br>**10080 N Wolfe Road SW 3 Suite 250**<br>**Cupertino, CA  95014** | | | | | | | 25,000.00 |
| ACCOUNT NO.<br><br>**AACO A-1 Health Care Services**<br>**PO Box 75111**<br>**Seattle, WA  98125** | | | | | | | 839.40 |
| ACCOUNT NO.<br><br>**Aaire Particle Control Company**<br>**PO Box 58262**<br>**Tukwila, WA  98138** | | | | | | | 647.15 |

____ **8** continuation sheets attached

Subtotal
(Total of this page) $ 26,500.55

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Recovery Centers Of King County**    Case No. _____
_____                            (If known)
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**AAP Member**<br>**16904 Juanita Drive NE #171**<br>**Kenmore, WA  98028** | | | | | | | 2,500.00 |
| ACCOUNT NO.<br>**Airgas USA LLC**<br>**PO Box 7423**<br>**Pasadena, CA  91109-7423** | | | | | | | 268.06 |
| ACCOUNT NO.<br>**ALSCO**<br>**6828 South 204th Street**<br>**Kent, WA  98032** | | | | | | | 12,054.00 |
| ACCOUNT NO.<br>**Amazon**<br>**PO Box 530958**<br>**Atlanta, GA  30353-0958** | | | | | | | 58.12 |
| ACCOUNT NO.<br>**Andwin Scientific Clinical**<br>**PO Box 689**<br>**Woodland Hills, CA  91365** | | | | | | | 4,025.90 |
| ACCOUNT NO.<br>**ARAMARK**<br>**11118 117th Place NE**<br>**Kirkland, WA  98033** | | | | | | | 1,393.89 |
| ACCOUNT NO.<br>**Bob Barker Company Inc**<br>**PO Box 890885**<br>**Charlotte, NC  28289-0885** | | | | | | | 450.20 |

Sheet no. ____**1**____ of ____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 20,750.17

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Recovery Centers Of King County _____ Case No. _____
Debtor(s) | (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Buckeye Cleaning Center** <br> **PO Box 840189** <br> **Kansas City, MO 64184-0189** | | | | | | | **2,941.64** |
| ACCOUNT NO. <br> **Business Card** <br> **PO Box 15710** <br> **Wilmington, DE 19886-5710** | | | | | | | **8,000.00** |
| ACCOUNT NO. <br> **Carole Hayes** <br> **538 Milwaukee Blvd So** <br> **Pacific, WA 98047** | | | | | | | **3,000.00** |
| ACCOUNT NO. <br> **Centurylink** <br> **PO Box 91155** <br> **Seattle, WA 98111-9255** | | | | | | | **864.57** |
| ACCOUNT NO. <br> **Centurylink** <br> **Business Services** <br> **PO Box 52187** <br> **Phoenix, AZ 85072-2187** | | | | | | | **123.15** |
| ACCOUNT NO. <br> **Centurylink** <br> **PO Box 91155** <br> **Seattle, WA 98111-9255** | | | | | | | **379.84** |
| ACCOUNT NO. <br> **City Of Kent Utilities** <br> **PO Box 84665** <br> **Seattle, WA 98124-5965** | | | | | | | **3,000.00** |

Sheet no. **2** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **18,309.20**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Recovery Centers Of King County _____ Case No. _____
                              Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **City Of Seattle** <br> **Department Of Finance And Admin Srvcs** <br> **PO Box 34016** <br> **Seattle, WA 98124-1016** | | | | | | | 3,667.50 |
| ACCOUNT NO. <br> **City Of Seattle** <br> **Department Of Finance And Admin Srvcs** <br> **PO Box 34017** <br> **Seattle, WA 98124-1017** | | | | | | | 1,114.61 |
| ACCOUNT NO. <br> **City Of Seattle Utilities** <br> **Dept Of Finance** <br> **PO Box 34016** <br> **Seattle, WA 98124-1016** | | | | | | | 7,500.00 |
| ACCOUNT NO. <br> **Clark Nuber PS** <br> **10900 NE 4th St, Ste 1700** <br> **Bellevue, WA 98004** | | | | | | | 9,042.71 |
| ACCOUNT NO. <br> **Clark Office Products** <br> **PO Box 27185** <br> **Seattle, WA 98125-1585** | | | | | | | 463.74 |
| ACCOUNT NO. <br> **Cordant Health Solutions** <br> **PO Box 17103** <br> **Denver, CO 80217-0103** | | | | | | | 2,245.85 |
| ACCOUNT NO. <br> **Cubex Financial Services** <br> **PO Box 265** <br> **Minneapolis, MN 55480-0265** | | | | | | | 958.61 |

Sheet no. **3** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 24,993.02

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Recovery Centers Of King County     Case No. _____
                    Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ecolab**<br>**PO Box 100512**<br>**Pasadena, CA 91189-0512** | | | | | | | **723.94** |
| ACCOUNT NO.<br>**Evergreen Manor**<br>**PO Box 12598**<br>**Everett, WA 98206** | | | | | | | **15,000.00** |
| ACCOUNT NO.<br>**Group Health Cooperative**<br>**PO Box 35004**<br>**Seattle, WA 98124** | | | | | | | **19,000.00** |
| ACCOUNT NO.<br>**Integra**<br>**PO Box 2966**<br>**Milwakee, WI 53201-2966** | | | | | | | **2,800.00** |
| ACCOUNT NO.<br>**James M Squire MD**<br>**5225 SW Jacobsen Rd**<br>**Seattle, WA 98116** | | | | | | | **1,000.00** |
| ACCOUNT NO.<br>**King County Metro Ticket Sales**<br>**KSC-0TR-0108**<br>**201 S Jackson St MS**<br>**Seattle, WA 98104-3856** | | | | | | | **3,150.00** |
| ACCOUNT NO.<br>**Lifeloc Technologies**<br>**12441 W 49th Ave, Ste 4**<br>**Tukwila, WA 98188** | | | | | | | **124.94** |

Sheet no.   **4**   of   **8**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
              (Total of this page)   $   **41,798.88**

                    Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Recovery Centers Of King County     Case No. _____
Debtor(s)     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Lighthouse Consulting** <br> **16234 42nd Ave S** <br> **Tukwila, WA 98188** | | | | | | | 5,429.02 |
| ACCOUNT NO. <br> **Lisa Rogers** <br> **C/O Hanley Law Firm PLLC** <br> **1411 - 4th Ave Suite 1101** <br> **Seattle, WA 98101** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Rekhi & Wolk P.S.** <br> **1411 - 4th Ave Suite 1101** <br> **Seattle, WA 98101** | | | **Assignee or other notification for:** <br> **Lisa Rogers** | | | | |
| ACCOUNT NO. <br> **Magnum Print Solutions** <br> **5300 4th Ave S** <br> **Tukwila, WA 98188** | | | | | | | 341.42 |
| ACCOUNT NO. <br> **McKesson Medical Surgical** <br> **PO Box 634404** <br> **Cincinnati, OH 45263-4404** | | | | | | | 569.37 |
| ACCOUNT NO. <br> **Medical Arts Press** <br> **PO Box 37647** <br> **Philadelphia, PA 19101-0647** | | | | | | | 99.59 |
| ACCOUNT NO. <br> **Meridian Scale** <br> **8702 South 222nd Street** <br> **Kent, WA 98031** | | | | | | | 229.95 |

Sheet no. **5** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 6,669.35

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

**IN RE** Recovery Centers Of King County     Case No. _____

           Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

*© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **NEC Financial Services** <br> **PO Box 100558** <br> **Pasadena, CA 91189-0558** | | | | | | | 479.29 |
| ACCOUNT NO. <br> **Office Depot** <br> **PO Box 70025** <br> **Los Angeles, CA 90074-0025** | | | | | | | 112.77 |
| ACCOUNT NO. <br> **ONCALL 24/7** <br> **Allegiant Business Finance** <br> **600 Universtiy St Ste 2328** <br> **Seattle, WA 98101** | | | | | | | 15,135.50 |
| ACCOUNT NO. <br> **Onesource Water** <br> **PO Box 123** <br> **Greensburg, IN 47240** | | | | | | | 219.00 |
| ACCOUNT NO. <br> **Pacific Automation** <br> **PO Box 31001-0273** <br> **Pasadena, CA 91110-0273** | | | | | | | 3,165.23 |
| ACCOUNT NO. <br> **Philadelphia Insurance Companies** <br> **PO Box 70251** <br> **Philadelphia, PA 19176-0251** | | | | | | | 4,600.00 |
| ACCOUNT NO. <br> **Pioneer Human Services** <br> **PO Box 18377** <br> **Seattle, WA 98118-0377** | | | | | | | 22,579.82 |

Sheet no. **6** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                   Subtotal
(Total of this page) $ **46,291.61**

                   Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**IN RE** <u>Recovery Centers Of King County</u>                    Case No. _____
                              Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Puget Sound Energy** <br> **PO Box 91269** <br> **Bellevue, WA  98009-9269** | | | | | | | **3,000.00** |
| ACCOUNT NO. <br> **Puget Sound Energy** <br> **PO Box 91269** <br> **Bellevue, WA  98009-9269** | | | | | | | **4,538.02** |
| ACCOUNT NO. <br> **Purchase Power** <br> **PO Box 371874** <br> **Pittsburg, PA  15250-7874** | | | | | | | **414.65** |
| ACCOUNT NO. <br> **Quality Business Systems** <br> **14432 SE Eastgate Way, Ste 300** <br> **Bellevue, WA  98007** | | | | | | | **196.77** |
| ACCOUNT NO. <br> **Quill Corporation** <br> **PO Box 37600** <br> **Philadelphia, PA  19101-0600** | | | | | | | **59.11** |
| ACCOUNT NO. <br> **Redi National** <br> **4453 Aurora Ave North** <br> **Seattle, WA  98103** | | | | | | | **173.02** |
| ACCOUNT NO. <br> **Sea-Aire, Inc** <br> **340 Upland Drive** <br> **Tukwila, WA  98188** | | | | | | | **323.90** |

Sheet no. ____**7**____ of ____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **8,705.47**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

**IN RE** Recovery Centers Of King County _____ Case No. _____
 _____Debtor(s)_____                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Stanley Convergent Security Solutions** **Dept CH 10651** **Palatine, IL  60055-0651** | | | | | | | 104.03 |
| ACCOUNT NO. | | | | | | | |
| **Sterling Reference Laboratories** **PO Box 17103** **Denver, CO  80217-0103** | | | | | | | 8,592.70 |
| ACCOUNT NO. | | | | | | | |
| **The Seattle Times** **PO Box 84647** **Seattle, WA  98124-5947** | | | | | | | 92.31 |
| ACCOUNT NO. | | | | | | | |
| **Thyssenkrupp Elevator Corp** **PO Box 933004** **Atlanta, GA  31193-3004** | | | | | | | 979.12 |
| ACCOUNT NO. | | | | | | | |
| **Waste Management** **1001 Fannin, Suite 4000** **Houston, TX  77022** | | | | | | | 2,000.00 |
| ACCOUNT NO. | | | | | | | |
| **Wells Fargo Financial Leasing** **PO Box 6434** **Carol Stream, IL  60197-6434** | | | | | | | 349.76 |
| ACCOUNT NO. | | | | | | | |

Sheet no. **8** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **12,117.92**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **206,136.17**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** Recovery Centers Of King County
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Pacific Office Automation** | **Copier leases** |
| **Ecolab** | **Dishwasher lease** |
| **Cubex Financial Services** | **Lease of medical dispenser** |
| **Airgas** | **Lease of Oxygen med** |
| **NEC Seattle** | **Phone leases** |
| **Wells Fargo** | **three copy machines, two small printers** |
| **Pitney Bowes** | **Two postage machines** |

**IN RE** Recovery Centers Of King County _____ Case No. _____
Debtor(s)          (If known)

## SCHEDULE H - CODEBTORS

  Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Recovery Centers Of King County</u> _____ Case No. _____
_____
Debtor(s)     (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____
Debtor

Date: _____ Signature: _____
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Recovery Centers Of King County** _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**28** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April 17, 2015** _____ Signature: **/s/ James Nickerson** _____

**James Nickerson** _____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Washington

IN RE:                                                                Case No. _____

**Recovery Centers Of King County** _____    Chapter **11** _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 5,686,255.00 | 2013 |
| 5,652,858.00 | 2014 |
| 1,206,569.00 | 2015 to date |

---

**2. Income other than from employment or operation of business**

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---:|---:|
| 501C Agencies Trust | 20,332.68 | 25,000.00 |
| ALSCO | 24,157.22 | 12,054.00 |
| Andwin Scientific Clinical | 9,265.95 | 0.00 |
| Capital ONe Commercial | 8,192.26 | 0.00 |
| Clark Nuber PS | 7,758.01 | 9,042.71 |
| Expert Plan | 11,819.64 | 0.00 |
| Group Health Cooperative | 61,716.48 | 19,000.00 |
| Guardian | 7,477.17 | 3,000.00 |
| Integra | 11,171.72 | 2,800.00 |
| Lighthouse Consulting | 10,622.47 | 5,429.00 |
| On Call | 28,155.00 | 20,000.00 |
| Philadelphia Insurance Companies | 14,042.39 | 4,600.00 |
| Pioneer Human Services | 50,317.26 | 0.00 |
| City Of Seattle | 30,443.37 | 7,500.00 |
| Waste Management | 7,692.15 | 2,000.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Lisa Rogers v. Recovery Centers ofKing County  14-2-32248-8 Sea** | Class Action | **King County Superior Court** | pending |
| **US Dept of Labor Wage and Hour Division** | Administrative proceeding | | |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Garnishments Of Employee Wages** | | |

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

 b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

## 7. Gifts

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

## 8. Losses

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Two doors and window damaged $500** | **Break-in Kent Property** | **January 2015** |

## 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

None ☐

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wells And Jarvis, P.S.** **500 Union Street, Ste 502** **Seattle, WA  98101-0000** | **2/6/2015** | **7,000.00** |
| **Wells And Jarvis, P.S.** | **3/26/2015** | **4,486.00** |
| **Wells And Jarvis, P.S.** | **4/23/2015** | **1,698.00** |
| **Wells And Jarvis, P.S.** | **May 15, 2015** | **6,754.80** |

## 10. Other transfers

 a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☑

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**14. Property held for another person**

☐ None  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Carole Hayes | lap top and printer | |

**15. Prior address of debtor**

☑ None  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

☑ None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

☑ None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

☑ None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☑ None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

☐ None  a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Recovery Centers Of King County | 91-0908132 | | Drug and Alcohol Recovery | 1976 to present |

☑ None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS | DATES SERVICES RENDERED
--- | ---
**Mary Ann Taja** | **1989 to present**
**Bookkeeper** |
|
**Clifton Larson Allen LLP** | **2013-2014**
**3000 Northup Way, Ste 200** |
**Bellevue, WA  98004** |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS | DATES SERVICES RENDERED
--- | ---
**Clifton Larson Allen LLP** |
**Bellevue, WA  00000** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Debtor**

**Clifton Larson Allen LLP**
**Bellevue, WA  00000**

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS | DATE ISSUED
--- | ---
**Bank Of America** |
**King County** |
|
**State Of Washington** |
**Washington Health Care Authority** |

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **James Nickerson** | **Vice-President** | **none** |
| **Sara-Jane Bellanca** | **Vice President** | **none** |
| **Mallory Day** | **Secretary/Treasurer** | **none** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☐ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION PLAN | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| **401K 403(b) Expert Plan** | **91-0908132** |

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April 17, 2015**                    Signature: ***/s/ James Nickerson***

**James Nickerson, President**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Western District of Washington

**IN RE:**                                                        Case No. _____

**Recovery Centers Of King County** _____ Chapter **11** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................................................................. $ _____**19,938.80**

    Prior to the filing of this statement I have received ................................................................................. $ _____**19,938.80**

    Balance Due ............................................................................................................................................ $ _____

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☐ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Client will be responsible for all filing fees.  Client agrees to pay Attorney for his services at an hourly rate.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**April 17, 2015**_____          ___/s/ Jeffrey B. Wells_____
Date

**Jeffrey B. Wells 6317**
**Jeffrey B. Wells**
**500 Union Street, Ste 502**
**Seattle, WA  98101-2320**
**(206) 624-0088  Fax: (206) 624-0086**
**paralegal@wellsandjarvis.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **<u>before</u>** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. <u>The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors</u>

<u>**Chapter 7**</u>: **Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

# United States Bankruptcy Court
## Western District of Washington

**IN RE:**                                                         Case No. _____

**Recovery Centers Of King County**_____        Chapter **11** _____
               Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **April 17, 2015**_____        Signature: ***/s/ James Nickerson***_____
                                    **James Nickerson, President**                  Debtor


Date: _____        Signature: _____
                                          Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

12th & Madison Self Storage
1111 E Madison St
Seattle, WA  98122


501 C Agencies Trust
10080 N Wolfe Road SW 3 Suite 250
Cupertino, CA  95014


AACO A-1 Health Care Services
PO Box 75111
Seattle, WA  98125


Aaire Particle Control Company
PO Box 58262
Tukwila, WA  98138


AAP Member
16904 Juanita Drive NE #171
Kenmore, WA  98028


Airgas USA LLC
PO Box 7423
Pasadena, CA  91109-7423


Alla Shkurina
30044 41st Ave S
Auburn, WA  98001


ALSCO
6828 South 204th Street
Kent, WA  98032


Amazon
PO Box 530958
Atlanta, GA  30353-0958

Ameeca Akram
15122 SE 258 Street
Covington, WA  98042


Andwin Scientific Clinical
PO Box 689
Woodland Hills, CA  91365


Antoinette Haezebrouck
5025 12th Ave NE
Seattle, WA  98105


ARAMARK
11118 117th Place NE
Kirkland, WA  98033


Ashley Thomas
1516 12th Ave S
Seattle, WA  98144


Bank of America
PO Box 45144
Jacksonville, FL  32232-9923


Bank of America
PO Box 45144
FL9-100-04-24 Bldg 100 4th Floor
Jacksonville, FL  32232-9923


Bank Of America
PO Box 45144
Jacksonville, FL  32232


Bob Barker Company Inc
PO Box 890885
Charlotte, NC  28289-0885

Buckeye Cleaning Center
PO Box 840189
Kansas City, MO  64184-0189


Business Card
PO Box 15710
Wilmington, DE  19886-5710


Carole Hayes
538 Milwaukee Blvd So
Pacific, WA  98047


Centurylink
PO Box 91155
Seattle, WA  98111-9255


Centurylink
Business Services
PO Box 52187
Phoenix, AZ  85072-2187


Chelsea Melton
719 92st St
Seattle, WA  98103


Cheri Davidson
33422 192nd Ave SE Apt#14
Auburn, WA  98092


Christopher E. Barquet
325 Lind Ave SW Apt #1
Renton, WA  98057


City Of Kent Utilities
PO Box 84665
Seattle, WA  98124-5965

City Of Seattle
PO Box 34907
Seattle, WA  98124


City Of Seattle
Department Of Finance And Admin Srvcs
PO Box 34016
Seattle, WA  98124-1016


City Of Seattle
Department Of Finance And Admin Srvcs
PO Box 34017
Seattle, WA  98124-1017


City Of Seattle Utilities
Dept Of Finance
PO Box 34016
Seattle, WA  98124-1016


Clark Nuber PS
10900 NE 4th St, Ste 1700
Bellevue, WA  98004


Clark Office Products
PO Box 27185
Seattle, WA  98125-1585


CMS
815 West University Parkway
Orem, UT  84058


Cordant Health Solutions
PO Box 17103
Denver, CO  80217-0103

Corrina Burris
3333 Gale Pl S Apt #12
Seattle, WA  98144


Cubex Financial Services
PO Box 265
Minneapolis, MN  55480-0265


Debra J. McDermott
13804 NE 85th St
Vancouver, WA  98682


Dyjen Collins
14228 Se 286th Ct
Kent, WA  98042


Ecolab
PO Box 100512
Pasadena, CA  91189-0512


Erin N Harrop
7908 225th Pl SW
Edmonds, WA  98026


Evergreen Manor
PO Box 12598
Everett, WA  98206


Gregory Berry
2 SW 119t St #2
Seattle, WA  98146


Group Health Cooperative
PO Box 35004
Seattle, WA  98124

```
Guardian
PO Box 677458
Dallas, TX  75267-7458


Integra
PO Box 2966
Milwakee, WI  53201-2966


James M Squire MD
5225 SW Jacobsen Rd
Seattle, WA  98116


Jayla D. LaPlant
6412 49th Ave SW
Seattle, WA  98136


Jazmin Carter-Allen
10638 Renton Ave S
Seattle, WA  98178


Jeffry Steele
4624 N Hudson St
Tacoma, WA  98407


John Michael P. Schmidt
10715 26th Ave SW
Seattle, WA  98146


Karis Bjerke
208 1/2 E Meeker St Apt 2
Kent, WA  98032


Kennith W. Fowler
153 S 160th Apt B36
Burien, WA  98148
```

Kim Anh Tran
21507 42nd Ave S #J-3
SeaTac, WA  98198


King County Metro Ticket Sales
KSC-0TR-0108
201 S Jackson St MS
Seattle, WA  98104-3856


King County Treasury
500 4th Ave Room 600
Seattle, WA  98104


Liana Martinez
952 SW Campus Dr #53-D1
Federal Way, WA  98023


Lifeloc Technologies
12441 W 49th Ave, Ste 4
Tukwila, WA  98188


Lighthouse Consulting
16234 42nd Ave S
Tukwila, WA  98188


Lindy Armand
6250 Terrace View Lane SE #D102
Auburn, WA  98092


Lisa Roger
1705 26th Ave
Seattle, WA  98122

Lisa Rogers
C/O Hanley Law Firm PLLC
1411 - 4th Ave Suite 1101
Seattle, WA  98101


Loretta Spradlin
36829 5th Ave SW
Federal Way, WA  98023


Lynne Dee Barrett
1521 9th Ave W
Seattle, WA  98119


Magnum Print Solutions
5300 4th Ave S
Tukwila, WA  98188


Marilyn Rusness
1206 Harvey Rd Apt #5
Auburn, WA  98002


McKesson Medical Surgical
PO Box 634404
Cincinnati, OH  45263-4404


Medical Arts Press
PO Box 37647
Philadelphia, PA  19101-0647


Melissa Hill
718 SW Dashpoint Rd
Federal Way, WA  98023


Meridian Scale
8702 South 222nd Street
Kent, WA  98031

NEC Financial Services
PO Box 100558
Pasadena, CA  91189-0558


Nyika Williams
1619 S Lane St Unit B
Seattle, WA  98144


Office Depot
PO Box 70025
Los Angeles, CA  90074-0025


ONCALL 24/7
Allegiant Business Finance
600 Universtiy St Ste 2328
Seattle, WA  98101


Onesource Water
PO Box 123
Greensburg, IN  47240


Pacific Automation
PO Box 31001-0273
Pasadena, CA  91110-0273


Pamela J Densmore
1530 15rd Ave Apt 505
Seattle, WA  98122


Philadelphia Insurance Companies
PO Box 70251
Philadelphia, PA  19176-0251


Phillip Funderburk
2712 Franklin Ave E #8
Seattle, WA  98102

Pioneer Human Services
PO Box 18377
Seattle, WA  98118-0377


Pitney Bowes
PO Box 371887
Pittsburgh, PA  15250-7887


Puget Sound Energy
PO Box 91269
Bellevue, WA  98009-9269


Purchase Power
PO Box 371874
Pittsburg, PA  15250-7874


Quality Business Systems
14432 SE Eastgate Way, Ste 300
Bellevue, WA  98007


Quill Corporation
PO Box 37600
Philadelphia, PA  19101-0600


Rachel J Pruett
1816 Boylston Ave #401
Seattle, WA  98112


Redi National
4453 Aurora Ave North
Seattle, WA  98103


Rekhi & Wolk P.S.
1411 - 4th Ave Suite 1101
Seattle, WA  98101

Roger Howell
6753 26th Ave NW
Seattle, WA  98117


Ryan Parry
216 Ellingson Dr Apt C
Pacific, WA  98047


Sea-Aire, Inc
340 Upland Drive
Tukwila, WA  98188


Sharon L Peterson
10106 NE 185th St #204
Bothell, WA  98011


Stacy J Evanger
821 SW 135th St
Burien, WA  98146


Stanley Convergent Security Solutions
Dept CH 10651
Palatine, IL  60055-0651


Stephanie Reavis
26603 231st Pl SE
Maple Valley, WA  98038


Stephanie Shake
18231 118th Ave SE
Renton, WA  98058


Sterling Reference Laboratories
PO Box 17103
Denver, CO  80217-0103

Susan Poznyansky
11005 Dayton Ave N
Seattle, WA  98133


Susan Stoddard
PO Box 685
Kent, WA  98035


Tanya Novotnak
3828 Baglen Ave N#1
Seattle, WA  98103


Terri Galloway
30919 E Lake Morton Dr SE
Kent, WA  98042


The Seattle Times
PO Box 84647
Seattle, WA  98124-5947


Thyssenkrupp Elevator Corp
PO Box 933004
Atlanta, GA  31193-3004


WA ST Dept Of Revenue
2101 4th Ave #1400
Seattle, WA  98121-2300


Waste Management
1001 Fannin, Suite 4000
Houston, TX  77022


Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL  60197-6434

Yunhee Choi
5715 Orchard St W Apt #55
Tacoma, WA  98467

B201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Western District of Washington

**IN RE:**                                                      Case No. _____

**Recovery Centers Of King County** _____        Chapter **11** _____
<br>Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____        Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer        petition preparer is not an individual, state
Address:                                                              the Social Security number of the officer,
_____        principal, responsible person, or partner of
                                                                      the bankruptcy petition preparer.)
_____        (Required by 11 U.S.C. § 110.)
**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Recovery Centers Of King County** _____    **X** */s/ James Nickerson*                **4/17/2015**
Printed Name(s) of Debtor(s)                              Signature of Debtor                              Date

Case No. (if known) _____    **X** _____
                                                          Signature of Joint Debtor (if any)                    Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.