

Exhibit A

CASE# 15-13060

**Recovery Centers of King County**
Balance Sheet
As of 4/30/2015
(In Whole Numbers)

|  |  | Current Month | Last Month | Current Period Change | Beginning Year Balance |
|---|---|---|---|---|---|
| **Assets** |  |  |  |  |  |
| Checking/Savings |  |  |  |  |  |
| Operating Funds |  |  |  |  |  |
| Bank of America - Checking | 1035 | 7,470 | (30,276) | 37,746 | 48,175 |
| Bank of America - Payroll | 1040 | 928 | 546 | 383 | 2,202 |
| Bank of America - Bond Fund | 1045 | 0 | 45,382 | (45,382) | 45,382 |
| Bank of America - Savings | 1050 | 96 | 5,111 | (5,015) | 5,126 |
| Key Bank - Checking | 1060 | 43,101 | 0 | 43,101 | 0 |
| Key Bank - Payroll | 1065 | 171,210 | 0 | 171,210 | 0 |
| Total Operating Funds |  | 222,806 | 20,763 | 202,043 | 100,885 |
| Petty Cash |  |  |  |  |  |
| Petty Cash - Detox | 1002 | 400 | 400 | 0 | 400 |
| Petty Cash - Admin | 1003 | 100 | 100 | 0 | 100 |
| Petty Cash - Property Man. | 1004 | 0 | 250 | (250) | 250 |
| Total Petty Cash |  | 500 | 750 | (250) | 750 |
| Operating Reserve Account #2 |  |  |  |  |  |
| Bank of America - Reserve | 1055 | 809 | 101,824 | (101,015) | 91,832 |
| Total Operating Reserve Account #2 |  | 809 | 101,824 | (101,015) | 91,832 |
| Total Checking/Savings |  | 224,115 | 123,337 | 100,778 | 193,466 |
| Other Current Assets |  |  |  |  |  |
| Receivables |  |  |  |  |  |
| Accounts Receivable/Beg Bal | 1240 | (781,268) | (781,268) | 0 | (777,122) |
| Employee Advances | 1310 | 300 | 300 | 0 | 300 |
| Total Receivables |  | (780,968) | (780,968) | 0 | (776,822) |
| Contracts Receivable |  |  |  |  |  |
| Accounts Receivable - Contracts | 1290 | 113,410 | 445,876 | (332,467) | 423,930 |
| Total Contracts Receivable |  | 113,410 | 445,876 | (332,467) | 423,930 |
| Title XIX Receivables |  |  |  |  |  |
| Accounts Receivable - TXIX | 1200 | 218,779 | 281,621 | (62,841) | 242,927 |
| Total Title XIX Receivables |  | 218,779 | 281,621 | (62,841) | 242,927 |
| Private Pay |  |  |  |  |  |
| Accounts Receivable - Ins/PP | 1280 | 120,284 | 120,871 | (587) | 110,265 |
| Total Private Pay |  | 120,284 | 120,871 | (587) | 110,265 |
| Prepaid Expenses |  |  |  |  |  |
| Prepaid Expenses | 1510 | 16,852 | 16,852 | 0 | 16,852 |
| Total Prepaid Expenses |  | 16,852 | 16,852 | 0 | 16,852 |
| Total Other Current Assets |  | (311,643) | 84,252 | (395,895) | 17,152 |
| Fixed Assets |  |  |  |  |  |
| Land | 1801 | 1,177,046 | 1,177,046 | 0 | 1,177,046 |
| Buildings | 1822 | 7,027,806 | 7,027,806 | 0 | 7,027,806 |
| Accum Depn - Buildings | 1826 | (2,315,071) | (2,298,659) | (16,413) | (2,249,420) |
| Vehicles | 1828 | 31,230 | 31,230 | 0 | 31,230 |
| Accum Depn - Vehicles | 1829 | (31,536) | (31,434) | (102) | (31,230) |
| Equipment/Furniture & Fixtures | 1831 | 189,661 | 189,661 | 0 | 189,661 |
| Accum Depn - Equip/Furn/Fixt | 1836 | (176,804) | (176,623) | (181) | (176,080) |
| Info Systems - Hardware/Software. | 1841 | 172,673 | 169,335 | 3,338 | 155,507 |
| Accum Depn - Info Systems | 1846 | (155,373) | (155,340) | (33) | (155,240) |
| Total Fixed Assets |  | 5,919,631 | 5,933,022 | (13,391) | 5,969,280 |
| Total Assets |  | 5,832,102 | 6,140,611 | (308,508) | 6,179,899 |

**Liabilities**

Date: 5/28/15 03:11:29 PM

Page: 1

**Recovery Centers of King County**
Balance Sheet
As of 4/30/2015
(In Whole Numbers)

CASE# 15-13060

| | | Current Month | Last Month | Current Period Change | Beginning Year Balance |
|---|---|---|---|---|---|
| Accounts Payable | | | | | |
| Accounts Payable | | | | | |
| Accounts Payable | 2010 | 265,617 | 226,927 | 38,691 | 167,959 |
| Accounts Payable/Beg Balance | 2015 | (192,614) | (192,614) | 0 | (192,614) |
| Client Refunds Payable | 2350 | (359) | (150) | (209) | 0 |
| Accrued Liabilities | 2450 | 17,923 | 17,923 | 0 | 22,087 |
| Total Accounts Payable | | 90,567 | 52,085 | 38,482 | (2,569) |
| Total Accounts Payable | | 90,567 | 52,085 | 38,482 | (2,569) |
| Other Current Liabilities | | | | | |
| Payroll Deductions | | | | | |
| Accrued Wages Payable | 2095 | 19,120 | 19,120 | 0 | 0 |
| StWA Labor & Industries Payable | 2140 | 6,139 | 18,659 | (12,520) | 22,463 |
| Support Enforcement Payable | 2191 | 1,580 | 0 | 1,580 | 0 |
| Accrd Medical Benefits-ER | 2210 | 1,960 | 2,120 | (160) | 0 |
| Deduction Payable 403B-EE | 2310 | 254 | 215 | 40 | 0 |
| Deduction Payable Dental-EE | 2321 | 382 | 392 | (10) | 0 |
| Deduction Payable | 2323 | 5,215 | 4,781 | 434 | (1,304) |
| Deduction Payable STD/LTD-EE | 2325 | (1,323) | (1,293) | (30) | 0 |
| Taxes Payable - Excise/B&O | 2420 | (4,954) | (4,954) | 0 | 0 |
| Total Payroll Deductions | | 28,374 | 39,040 | (10,666) | 21,159 |
| Accrued Vacation and Wages Payable | | | | | |
| Wages Payable | 2090 | 100,650 | 100,844 | (194) | 100,844 |
| Accrued Vacation/Comp Time | 2290 | 50,438 | 50,438 | 0 | 50,438 |
| Total Accrued Vacation and Wages Payable | | 151,088 | 151,282 | (194) | 151,282 |
| Total Other Current Liabilities | | 179,462 | 190,322 | (10,860) | 172,441 |
| Long Term Liabilities | | | | | |
| Bond Payable - Alhadeff Building | | 1,427,292 | 1,434,578 | (7,286) | 1,456,236 |
| Bond Payable - Detox Building | | 2,663,156 | 2,676,751 | (13,594) | 2,717,162 |
| Bond Payable - Kent Building | | 586,056 | 589,048 | (2,992) | 597,941 |
| Total Long Term Liabilities | | 4,676,505 | 4,700,376 | (23,872) | 4,771,338 |
| Total Liabilities | | 4,946,533 | 4,942,783 | 3,750 | 4,941,210 |
| Net Assets | | | | | |
| Unrestricted | 1 | 885,569 | 1,197,828 | (312,259) | 1,238,689 |
| Total Net Assets | | 885,569 | 1,197,828 | (312,259) | 1,238,689 |
| Total Liabilities and Net Assets | | 5,832,102 | 6,140,611 | (308,508) | 6,179,899 |

**Recovery Centers of King County**
Statement of Revenues and Expenditures by Period
From 3/1/2015 Through 4/30/2015

| | | 3/1/2015 - 3/31/2015 | 4/1/2015 - 4/30/2015 | Total |
|---|---|---:|---:|---:|
| **Revenue** | | | | |
| TXIX - APPLE | 4009 | 57,994.68 | 0.00 | 57,994.68 |
| TXIX - CLASSIC | 4010 | 19,276.54 | 0.00 | 19,276.54 |
| State - Adult Residential | 4015 | 76,111.92 | 17,945.82 | 94,057.74 |
| UW - XBOT | 4024 | 27,066.67 | 26,826.04 | 53,892.71 |
| Swedish Hospital | 4025 | 28,908.00 | 0.00 | 28,908.00 |
| King County - Outpatient | 4035 | 6,796.96 | 0.00 | 6,796.96 |
| King County - Detox | 4036 | 172,620.00 | 38,730.00 | 211,350.00 |
| State - Detox Youth | 4038 | 5,887.25 | 0.00 | 5,887.25 |
| King County - CDPT | 4039 | 1,727.92 | 0.00 | 1,727.92 |
| Sliding Fee Scale Participation | 4050 | 8,698.68 | 0.00 | 8,698.68 |
| Program Services Fees | 5210 | 105.00 | 0.00 | 105.00 |
| Third Party Insurance Discount | 5250 | 0.00 | 594.04 | 594.04 |
| Revs-Records Photocopy Fees | 5320 | 0.00 | 24.00 | 24.00 |
| Interest/Dividends | 5510 | 1.90 | 0.11 | 2.01 |
| Misc Revenue - Other | 5990 | 1,071.80 | 101.09 | 1,172.89 |
| Contributions | 6010 | 0.00 | 983.00 | 983.00 |
| **Total Revenue** | | 406,267.32 | 85,204.10 | 491,471.42 |
| **Expense** | | | | |
| Salaries & Wages | 7000 | 191,002.15 | 181,157.12 | 372,159.27 |
| Vacation/Comp Time/Holiday | 7050 | 15,832.27 | 68,763.43 | 84,595.70 |
| FICA-Employer | 7110 | 15,522.67 | 18,841.13 | 34,363.80 |
| StWa Lab&Ind-Employer | 7140 | 4,440.03 | 3,948.87 | 8,388.90 |
| Medical Insurance-Employer | 7210 | 16,194.84 | 14,266.80 | 30,461.64 |
| Dental Insurance-Employer | 7220 | 930.43 | 1,110.64 | 2,041.07 |
| Life Insurance-Employer | 7230 | 2,157.80 | 2,368.58 | 4,526.38 |
| Employee Bus Pass | 7231 | 368.00 | 518.00 | 886.00 |
| Pension (Match Employer) | 7245 | 517.04 | 570.12 | 1,087.16 |
| Prof Svcs - Medical | 8010 | 12,690.85 | 5,740.00 | 18,430.85 |
| Prof Svcs - Legal | 8025 | 3,687.50 | 0.00 | 3,687.50 |
| Prof Svcs - Computer & IT | 8030 | 0.00 | 3,285.00 | 3,285.00 |
| Prof Svcs - Commercial Cleaning | 8035 | 2,900.00 | 1,450.00 | 4,350.00 |
| Prof Svcs - Miscellaneous | 8090 | 200.35 | 0.00 | 200.35 |
| Client Supplies | 8115 | 7,207.69 | 226.05 | 7,433.74 |
| Office Supplies | 8120 | 1,628.67 | 4,013.80 | 5,642.47 |
| Facility Maintenance Supplies | 8125 | 1,987.85 | 101.01 | 2,088.86 |
| Linen supplies and cleaning | 8130 | 651.32 | 26.21 | 677.53 |
| Food & Kitchen Supplies | 8150 | 27,158.61 | 9,215.58 | 36,374.19 |
| Lab & Medical Supply | 8175 | 1,076.24 | 2,596.61 | 3,672.85 |
| Purchased Lab UA's | 8176 | 5,073.15 | 960.65 | 6,033.80 |
| Telephone & Internet | 8200 | 3,624.37 | 3,808.29 | 7,432.66 |
| Security System Expense | 8250 | 1,905.30 | 0.00 | 1,905.30 |
| Cable Expense | 8280 | 122.21 | 122.21 | 244.42 |
| Printing/Publication Expense | 8300 | 179.69 | 786.48 | 966.17 |
| Postage and Shipping | 8400 | 52.02 | 130.58 | 182.60 |
| Rent - Parking & Storage | 8500 | 1,361.81 | 408.25 | 1,770.06 |
| Office Lease Expense | 8510 | 475.23 | 336.17 | 811.40 |
| Utilities - Electrical | 8520 | 4,192.33 | 2,551.91 | 6,744.24 |
| Utilities - Natural Gas | 8530 | 2,903.76 | 0.00 | 2,903.76 |
| Utilities - Garbage | 8540 | 2,632.26 | 2,755.44 | 5,387.70 |
| Utilities - Water/Sewer | 8550 | 4,180.84 | 3,984.63 | 8,165.47 |

**Recovery Centers of King County**
Statement of Revenues and Expenditures by Period
From 3/1/2015 Through 4/30/2015

| | | 3/1/2015 - 3/31/2015 | 4/1/2015 - 4/30/2015 | Total |
|---|---|---|---|---|
| Insurance - Business | 8565 | 4,679.13 | 4,565.43 | 9,244.56 |
| Computer/Software Expense | 8601 | 5,429.02 | 4,059.19 | 9,488.21 |
| Equipment Lease | 8605 | 4,107.50 | 4,755.66 | 8,863.16 |
| Repairs & Maintenance | 8610 | 2,799.21 | 6,084.25 | 8,883.46 |
| Vehicle Maintenace & Fuel | 8710 | 154.02 | 570.78 | 724.80 |
| Travel - Mileage & Air Fares | 8720 | 278.10 | 185.00 | 463.10 |
| Travel - Meals & Lodging | 8730 | 9.42 | 0.00 | 9.42 |
| Prof Dev-Training/Workshops | 8820 | 982.92 | 0.00 | 982.92 |
| Prof Dev-Certification Fees | 8830 | 425.00 | 0.00 | 425.00 |
| Client Bus Tickets & Transportation | 8855 | 1,555.50 | 0.00 | 1,555.50 |
| Dues & Subscriptions | 9010 | 3,138.00 | 1,136.02 | 4,274.02 |
| Corp License & Filing Fees | 9030 | 6,800.00 | 86.75 | 6,886.75 |
| Mortgage Interest | 9200 | 21,619.30 | 21,510.03 | 43,129.33 |
| Interest - Other | 9210 | 48.58 | 0.00 | 48.58 |
| Depreciation Exp-Buildings | 9520 | 16,412.75 | 16,412.75 | 32,825.50 |
| Depreciation Exp-Vehicles | 9527 | 102.12 | 102.12 | 204.24 |
| Depreciation Exp-Eqpmt/Furn/Fixt | 9530 | 181.03 | 181.03 | 362.06 |
| Depreciation Exp-Info Systems | 9540 | 33.38 | 33.38 | 66.76 |
| Property Taxes Expense | 9610 | 0.00 | 2,505.90 | 2,505.90 |
| Excise/B&O Tax Expense | 9620 | 1,804.60 | 0.00 | 1,804.60 |
| Bank Charges | 9630 | 300.14 | 214.50 | 514.64 |
| Credit Card Charges | 9635 | 160.15 | 0.00 | 160.15 |
| Penalties/Late Fees | 9660 | 81.00 | 54.72 | 135.72 |
| Miscellaneous-Other | 9690 | 1,129.69 | 961.66 | 2,091.35 |
| Total Expense | | 405,087.84 | 397,462.73 | 802,550.57 |
| | | | | |
| Net Income | | 1,179.48 | (312,258.63) | (311,079.15) |