Entered on Docket June 23, 2015

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

_____

THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>RECOVERY CENTERS OF KING COUNTY,<br><br>Debtor-in-Possession. | Case No. 15-13060<br><br>ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCE OR REJECTION OF PLAN COMBINED WITH NOTICE THEREOF |

Debtor's Second Amended Disclosure Statement and Second Amended Plan of Reorganization under Chapter 11 of the Bankruptcy Code both having been filed June 22, 2015, and the court having determined that the Disclosure Statement contains adequate information;

IT IS ORDERED, and notice is hereby given, that:

A. The Second Amended Disclosure Statement by Debtor filed June 22, 2015, is approved.

B. July 24, 2015, at 9:30 a.m. at the US Courthouse, 700 Stewart Street, Seattle, WA 98101, room 8106, is fixed as the time and place for the hearing on confirmation of the Plan.

C. July 17, 2015, is fixed as the last day by which Debtor's counsel must receive

ORDER APPROVING DISCLOSURE STATEMENT- 1

ballots voting to accept or reject the Second Amended Plan of Reorganization referred to above.

D. July 17, 2015, is fixed as the last day for filing and serving pursuant to Local Rule W.D. Wash. Bankr. 3020-1(b) written objections to confirmation of the Plan.

E. Within three business days after the entry of this Order, the Second Amended Plan of Reorganization, the Second Amended Disclosure Statement with Exhibit, and a ballot shall be transmitted by mail to creditors, equity security holders and other parties in interest as provided in Federal Rule of Bankruptcy Procedure 3017(d).

/// End of Order ///

Presented by:

*/s/ Jeffrey B. Wells*
Jeffrey B. Wells, WSBA #6317
Wells and Jarvis, P.S.
Attorneys for the Debtor
500 Union Street, Ste. 502
Seattle, WA 98101
206-624-0088

ORDER APPROVING DISCLOSURE STATEMENT- 2