# EXHIBIT A

## Private Sale Bids from former employees

| Purchaser | Item(s) | Offer | Total |
|---|---|---|---|
| Kathy Kain | **34 foot lockers*** | **$ 5.00** | $170.00 |
| Jacqui McCafferty | 1-med cart<br>**20-foot lockers***<br>1-commercial fridge<br>1-kitchen corner stand<br>1-kitchen sink<br>1-sheet pan shelf & pans<br>1-shelf<br>1-kitchen island<br>1-kitchen counter<br>Videos<br>Silverware | $100.00<br>**$10.00 each**<br>$350.00<br>$50.00<br>$100.00<br>$40.00<br>$15.00<br>$150.00<br>$100.00<br>$1.00<br>$10.00 | $1,116.00 |
| Stephanie Shake | 2-buckets laundry soap<br>1-grinder<br>1-jig saw<br>**1-laundry cart on wheels***<br>1-shredder, small<br>1-push broom<br>1-dehumidifier | $10.00<br>$5.00<br>$5.00<br>$5.00<br>$5.00<br>$5.00<br>$25.00 | $60.00 |
| Dean Savelli | 1-1991 Ford pickup | $750.00 | $750.00 |
| Shervin McCammon | **1-2008 Hyundai Accent*** | $1,000.00 | $1,000.00 |
| Marilyn Rusness | 5-desks<br>4-four drawer file cabinets<br>1-coffeemaker | $250 | $250 |

**\*The four above bolded items have received more than one bid**

| DESCRIPTION | Item Value (if New) | Qnty. | Total | OFFER | |
|---|---|---|---|---|---|
| **MEDICAL EQUIPMENT:** | | | | | |
| Welch Allyn blood pressure cuffs | $17.00 | 4 | $68.00 | $50.00 | |
| Stethoscopes | $15.00 | 4 | $60.00 | $40.00 | |
| 2 weight scales—well used (~$300 new) | $75.00 | 2 | $150.00 | $75.00 | |
| Professional vitals machine with stand (just repaired ($326) | $1,100.00 | 1 | $1,100.00 | $1,100.00 | New costs about $2500 |
| | | | | **$1,265.00** | |
| **SUPPLIES—Medical & Client** | MEDICAL SUPPLIES HAVE EXPIRATION DATES; NEED BY 9/1/15 OR OFFER WITHDRAWN. | | | | |
| Hygiene kits (box) | $50.00 | 1 | $50.00 | $35.00 | |
| Kleenex boxes & Dixie cups | $1.00 | 50 | $50.00 | $50.00 | |
| Nicotine patches (exp 6/2016) | $25.00 | 94 | $2,350.00 | $2,000.00 | |
| True Trak Blood Glucose Test Strips | $12.99 | 10 | $129.00 | $100.00 | |
| Welch Allyn Thermometer Probe Covers | $13.25 | 12 | $159.00 | $130.00 | |
| TB Syringes (100/box) | $25.00 | 3 | $75.00 | $75.00 | |
| Lancets | $22.00 | 7 | $154.00 | $135.00 | |
| Plastic Med Cups (100/sleeve-~5000 cups?) | $32.00 | 1 | $32.00 | $32.00 | |
| Cold packs & hot packs | $1.00 | 48 | $48.00 | $25.00 | |
| True Trak Blood Glucose Test Strips | $5.70 | 10 | $57.00 | $35.00 | Have exp. date soon |
| Spill Cleanup Kits | $100.00 | 1 | $100.00 | $80.00 | |
| Bandages & medical supplies in med room (some) | | | | **$2,697.00** | |
| **FOOD SUPPLIES:** Some have expiration dates so need soon | | | | | |
| Boxes of condiments — salt, papper, mayo, ketchup etc. | | 100 | $100.00 | $100.00 | |
| Cup A noodles — 3 cases | | 15 | $45.00 | $45.00 | |
| 74 Jars of Gatorade & Country Time Lemonade | 5.00 | 74 | $370.00 | $ 370.00 | Expiration date approaching |
| Napkins and pink plastic carafes | | | $ 160.00 | $160.00 | |
| | | | | **$675.00** | |
| **LINENS:** | | | | | |
| ~46 blankets (grey) | $10.00 | 46 | $460.00 | $460.00 | |
| | | | | | |
| **TOTAL VALUE** | | | $3,204.00 | $5,097.00 | |
| | | | | $ 5,097.00 | |
| | | | | $2,500.00 | Reduced due to expiration of food & med. supp. |

**OFFER:** Need delivery by 8/1/15 or offer reduced due to expirations
OFFER AFTER 8/1/15

| CENTRAL BLDG--12th & JEFFERSON: | Value Ea. | # units | Total | | |
|---|---|---|---|---|---|
| **1ST Floor:** | | | | | |
| 24 black plastic stacking chairs--used | 15 | 24 | $360.00 | | |
| Whiteboard on wheels (~4'x6')-- used ($233 new) | 125 | 1 | $125.00 | | Need by 9/15/15 or offer withdrawn |
| **2nd Floor:** | | | | | |
| All VHS tapes--outdated | 0.5 | 40 | $20.00 | | |
| **3rd Floor:** | | | | | |
| LG Air Conditioner LP 1111WXRY 1 (floor model) $439 new | 250 | 1 | $250.00 | | Need ASAP; offer withdrawn by 9/1/15 |
| 2 Small microwaves | 20 | 2 | $40.00 | | |
| Home style Refrigerator | 125 | 1 | $125.00 | | |
| 4 pictures on wall | 25 | 4 | $100.00 | | |
| Tabletop dishwasher Koldfront PDW 60EW | 60 | 1 | $60.00 | | |
| **4th Floor:** | | | | | |
| 1 old shredder (in addition to 3 newer ones above) | 60 | 1 | $60.00 | | |
| 2 bookcases in ED office (fiberboard, very used) | 35 | 2 | $70.00 | | |
| **Located in Detox:** | | | | | |
| WHITE BOARDS -- 2 NEW (in shipping box) 4' x 6' $129 new | 100 | 2 | $200.00 | In Detox Bldg. | Need by 9/15/15 or offer withdrawn |
| Fellowes 225Ci Shredders ~4 mos old /2 Detox, 1 Central | 700 | 3 | $2,100.00 | Price is Amazon | Need by 9/15/15 or offer withdrawn |
| | | | $3,510.00 | | |
| | | | $3,510.00 | | |

**OFFER GOOD ONLY WITH DELIVERY NO LATER THAN 9/1/15**
**OFFER WITHDRAWN AFTER 9/1/15**

## DETOX BUILDING EQUIPMENT:

### KITCHEN:
| | | | | |
|---|---|---|---|---|
| Meat slicer -- used condition unknown $375 if new | 100 | 1 | $100.00 | Must be operable |
| Commercial toaster (revolving) $200-400 if new | 100 | 1 | $100.00 | Must be operable |

### LAUNDRY:
| | | | | |
|---|---|---|---|---|
| Samsung Washer WF42H5700A ($970 if new) | 800 | 2 | $1,600.00 | Current sale price on same machines |
| Samsung Dryer WF42H5600 ($970 if new) | 800 | 1 | $800.00 | Current sale price on same machines |
| Cloth Laundry carts (on wheels) | 20 | 4 | $80.00 | |

| | |
|---|---|
| | $2,680.00 |

**TOTAL** $2,680.00

**OFFER:** Need delivery by 11/1/15 or offer withdrawn

| DESCRIPTION | Item Value | Qty. | Total | Offer |
|---|---|---|---|---|
| **AUTOMOBILES:** | | | | |
| 2008 Hyundai Accent 2 Dr. (~67,000 mi.) ex | $3,652.65 | 1 | $3,652.65 | $3,200.00 |
| | | | | $3,200.00 |

OFFER GOOD ONLY IF DELIVERED BY 8/1/15
OFFER WITHDRAWN AFTER 8/1/15