Entered on Docket July 24, 2015

**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re | Case No. 15-13060 |
|---|---|
| RECOVERY CENTERS OF KING COUNTY, | ORDER EXTENDING USE OF CASH COLLATERAL THROUGH CONTINUED HEARING |
| Debtor-in-Possession. | |

This matter having come before the Court pursuant to the order authorizing Debtor's interim use of cash collateral and payment of pre-petition wages, and the Court finding that notice of the hearing on the final order authorizing use of cash collateral was proper, and Bank of America, N.A. and the Debtor having agreed to continue the hearing on cash collateral to August 7, 2015, in order to revise and finalize a further order and budget for use of cash collateral; Now, Therefore,

IT IS HEREBY ORDERED that the hearing on the proposed final order authorizing use of cash collateral shall be continued to August 7, 2015, at 9:30 am, and Debtor may use cash collateral in which Bank of America, N.A., has an interest in accordance with and subject to the conditions set forth in the ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL AND PAYMENT OF PRE-PETITION WAGE CLAIMS entered May 29, 2015 (including the budget attached thereto as **Exhibit A**), the terms of which are hereby extended to the continued

ORDER EXTENDING USE OF CASH COLLATERAL - 1

hearing date of August 7, 2015.

/// End of Order ///

Presented by:

*/s/ Emily A. Jarvis*
Emily A. Jarvis, WSBA #41841
Wells and Jarvis, P.S.
Attorneys for Debtor
500 Union Street, Ste. 502
Seattle, WA 98101
206-624-0088

Approved for entry, notice of presentation waived:

*/s/ Brad Goergen*
Brad Goergen, WSBA #41611
MILLER NASH GRAHAM & DUNN LLP
Attorney for Bank of America, N.A.

ORDER EXTENDING USE OF CASH COLLATERAL - 2